UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Yoandry Ramirez-Gavilan, | § | |
| | § | |
| Plaintiff, | § | NO:  AU:25-CV-02052-RP |
| vs. | § | |
| | § | |
| Charlotte Collins, et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER SETTING IMMIGRATION HABEAS HEARING

It is hereby ORDERED that the above entitled and numbered case is set for an **in person** IMMIGRATION HABEAS HEARING before Senior U.S. District Judge David Alan Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, January 07, 2026 at 10:00 AM**.

IT IS SO ORDERED.

DATED: Austin, Texas January 05, 2026.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE